DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTHONY LEON KELLY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1934

_____

November 27, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Anthony Leon Kelly, pro se.


PER CURIAM.

Affirmed.  *See* § 948.06(3), Fla. Stat. (2003) ("No part of the time that the defendant is on probation or in community control shall be considered as any part of the time that he or she shall be sentenced to serve."); *Russell v. State*, 676 So. 2d 1026, 1027 (Fla. 3d DCA 1996) ("Probation is a minimal restraint on liberty compared with incarceration, and a probationary period is not considered to be a 'sentence.' ").

KELLY, KHOUZAM, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.